IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01896-WDM-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s), and

KAREN STENVALL,

Plaintiff in intervention,

vs.

DENVER NEWSPAPER AGENCY,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 1, 2005

     Plaintiffs' Unopposed Motion to Amend Scheduling Order [Document 23-1, Filed July 29, 2005] is GRANTED.  The deadline set forth in Paragraph 7(d)(3) shall be extended to and including August 31, 2005; and, the deadline reflected in Paragraph 7(d)(4) shall be extended to and including September 30, 2005.