IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01896-WDM-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s), and

KAREN STENVALL,

Plaintiff in intervention,

vs.

DENVER NEWSPAPER AGENCY,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  September 30, 2005

　　　　The Joint Motion to Amend Scheduling Order [filed September 29, 2005, Document 26] is GRANTED.  The scheduling order shall be amended to reflect the following dates and deadlines:

- Discovery cutoff                                       January 9, 2006

- Dispositive motions deadline                 February 9, 2006

- The parties will serve all interrogatories so that responses are due no later than the discovery cutoff date.  Responses will be due within thirty (30) days.

- The parties will serve all production requests so that responses are due no later than the discovery cutoff date.

- The pretrial conference of February 17, 2006, is VACATED and RESET to **March 9, 2006**, at the hour of 9:00 a.m.