IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01896-WDM-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s), and

KAREN STENVALL,

Plaintiff in intervention,

vs.

DENVER NEWSPAPER AGENCY,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  January 26, 2006

      The Stipulated Motion to Amend Scheduling Order and to Reschedule Hearing on Motion to Compel is GRANTED. The deadline for the filing of dispositive motions is hereby extended to and including April 9, 2006.

      The motion hearing of February 3, 2006, as well as the pretrial conference of March 9, 2006, are hereby VACATED.  Counsel are directed to call in to chambers at (303) 844-4507 and coordinate the rescheduling of these dates without delay.