IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  04-cv-01896-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY,

    Plaintiff,

v.

DENVER NEWSPAPER AGENCY LLP,

    Defendant.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion for leave to submit two motions for summary judgment is
granted in part and denied without prejudice in part.  To the extent the motion seeks
permission to file separate motions and briefs, the motion is granted.  To the extent the
motion seeks permission for the sum total of the briefs to exceed the 20 page limit, the
motion is denied without prejudice.

Dated:  March 28, 2006

s/ Jane Trexler, Secretary/Deputy Clerk