IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  04-cv-01896-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY,

    Plaintiff,

v.

DENVER NEWSPAPER AGENCY LLP,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to exceed page limitation is granted.

Dated:  April 7, 2006

                                           s/ Jane Trexler, Secretary/Deputy Clerk