IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-01896-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

KAREN STENVALL,

    Plaintiff in intervention,

v.

THE DENVER NEWSPAPER AGENCY, LLP.,

    Defendant.

---

**NOTICE OF DISMISSAL**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and

attorneys' fees.

DATED at Denver, Colorado, on April 26, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge